### WELLES v. FANING, ADMINISTRATOR OF HOLABURT.

An administrator cannot compel a creditor to take the land of the deceased, upon execution.

SCIRE FACIAS.   The administrator plead that he tendered lands of said deceased to the officer who had said execution, to be taken and appraised off, in satisfaction thereof, to a much greater value than said debt, which both said officer and the creditor refused to accept.   To this plea a demurrer was given.

And judgment — That the plea is insufficient; for an administrator cannot compel a creditor to take the lands of the deceased in satisfaction of his debt.

---

**FAIRFIELD COUNTY, FEBRUARY, A. D. 1785.**

### KETCHUM v. SCRIBNER.

A note given for a consideration which is against law, may be avoided.

ACTION on note, for £28, etc. dated in A. D. 1781.   To which the defendant plead in bar, that in A. D. 1776 the plaintiff went to Long Island and joined the enemy; and that in A. D. 1781 he purchased and received of the plaintiff, at Lloyd's Neck, a place within the enemies' lines, on Long Island, a parcel of goods to import into this state, contrary to law, and which goods were imported into this state accordingly, and said note was given for said goods and for no other consideration.   The plaintiff replied that said note was given for value received, as expressed and acknowledged in said note — To which the defendant demurred.

And judgment of the court was — That the reply of the plaintiff is insufficient.